# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LAWRENCE DAVID PHILLIPS, JR.

VERSUS

EXXON CHEMICAL LOUISIANA,
LLC, ET AL

NO.   2021 CW 0397

**APRIL 15, 2021**

---

In Re:   Exxon   Chemical   Louisiana,   LLC,   applying   for
supervisory   writs,   19th   Judicial   District   Court,
Parish of East Baton Rouge, No. 691676.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**STAY LIFTED; WRIT GRANTED WITH ORDER.**  The portions of the
trial court's April 15, 2021 judgment which granted Plaintiffs'
Motion to Exclude Untimely Disclosed New Dose Reconstruction of
Dr. Jennifer Pierce and granted in part and denied in part
Plaintiffs' Motion to Exclude Certain Documents, Testimony, and
Opinions of Dr. Jennifer Pierce are vacated.  This matter is
remanded to the trial court with instructions to conduct a
contradictory hearing on such motions prior to rendering
rulings. See La. Code Civ. P. art. 963.

**JMG**
**WIL**

**McClendon, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT